**DISMISS and Opinion Filed December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00811-CV**

**IN THE INTEREST OF J.M.J., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-01037**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Carlyle, and Justice Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. After appellant failed to timely file her brief, we directed appellant by postcard dated November 22, 2022 to file her brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE


220811F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.M.J., A
CHILD

No. 05-22-00811-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-01037.
Opinion delivered by Justice Garcia.
Chief Justice Burns and Justice
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered December 16, 2022